

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

FILED ___ ENTERED ___
LODGED ___ RECEIVED ___

JUL 2 4 2014

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
Felicia C. Cannon, Clerk of Court
BY Jarrett B. Perlow, Chief Deputy   DEP
Elizabeth B. Snowden, Chief Deputy

Reply to Northern Division Address

# CHANGE OF ADDRESS FORM

**CHECK ONE:**   ATTORNEY ☐   PRO SE ☑

**NAME:** Christopher Chin-Young

**BAR NUMBER:** N/A

**FIRM NAME:** N/A

**ADDRESS:** HQ ISAF CJ6

**CITY/STATE: ZIP CODE:** APO, AE  09356

**MAIN FIRM TELEPHONE NUMBER:** DSN 3184490411

**FAX NUMBER:** N/A

**EMAIL ADDRESS:** chrischinyoung@gmail.com

**CASE NUMBER(S), IF ANY:** 8:13-cv-03772-RWT

**DATE:** 06/29/2014

U.S. District Court (Rev. 6/13/2003) - Change of Address Form

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov